James R. Belcher
Wyoming Bar # 5-2556
Timothy L. Woznick
Wyoming Bar # 6-3949
Crowley Fleck PLLP
111 W. Second Street, Ste. 220
Casper, WY 82601
(307) 232-6911
*Attorneys for Wells Fargo Bank and*
*Wells Fargo Equipment Finance, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION and WELL FARGO EQUIPMENT FINANCE, INC., | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Civil Action No. 20-CV-85 |
| GUNWERKS, LLC, a Wyoming limited liability company, SM GROUP, LLC, a Wyoming limited liability company, and AARON S. DAVIDSON, an individual, | ) ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), Plaintiffs Wells Fargo Bank, N.A. and Wells Fargo Equipment Finance, Inc. provide this Notice of Dismissal of this action, without prejudice.

DATED this 26th day of May, 2020.

/s *James R. Belcher*
James R. Belcher
Wyoming Bar # 5-2556
Crowley Fleck PLLP
111 W. Second Street, Ste. 220
Casper, WY 82601
(307) 232-6911
*Attorneys for Wells Fargo Bank and*
*Wells Fargo Equipment Finance, Inc.*